```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 06-cr-162-PB

**Andre Warren**


**O R D E R**

    The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time to reschedule a change of plea hearing from January 4, 2008, as he is being detained on other charges in Mississippi and cannot be transported to New Hampshire until approximately January 18, 2008.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to February 5, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

January 3, 2008

cc:   Jessica Brown, Esq.
      Arnold Huftalen, AUSA
      United States Probation
      United States Marshal