### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

   **v.**                                        Case No. 06-cr-162-PB

**Andre Warren**

### O R D E R

The defendant, through counsel, has moved to continue the February 5, 2008 trial in the above case, citing the need for additional time to reschedule the plea hearing as defendant is in custody and will not be returned to New Hampshire until late January, and counsel is unavailable for a hearing until after February 5th.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 5, 2008 to March 4, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

January 28, 2008

cc:   Jessica Brown, Esq.
      Arnold Huftalen, AUSA
      United States Probation
      United States Marshal